Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone 602.229.5200

Coree E. Neumeyer (Bar #025787)
coree.neumeyer@quarles.com
Andrew Y. Schiefer (Bar #0039947)
andrew.schiefer@quarles.com

*Attorneys for Defendant TPI Composites, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kümpers Composites GmbH & Co.KG, a foreign entity,<br><br>Plaintiff,<br><br>v.<br><br>TPI Composites, Inc., a Delaware corporation,<br><br>Defendant. | No. 2:23-cv-00214-SMB<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE FINAL TRIAL MANAGEMENT CONFERENCE, TRIAL DATES, AND STAY CASE** |

Plaintiff Kumpers Composites GmbH & Co.KG and Defendant TPI Composites, Inc. (collectively, the "Parties"), jointly provide notice to the Court that the Parties have agreed to settlement at mediation.

The Parties respectfully request the Court permit this matter to remain open for ninety (90) days to allow them time to accomplish certain milestones contemplated by the settlement, after which time they will file a stipulation for dismissal with the Court.

The Parties respectfully move this Court to vacate any case deadlines and stay the case pending the parties filing of a stipulation for dismissal, and that the following be vacated:

    a.    Final Trial Management Conference set for May 2, 2025 at 11:00 a.m.; and,

    b.    7-Day Jury Trial set to commence on May 6, 2025.

A proposed form of order is submitted herewith.

QB\157755.00013\95251353.1

DATED this 14th day of March, 2025.

>QUARLES & BRADY LLP
>Renaissance One
>Two North Central Avenue, Suite 600
>Phoenix, AZ  85004-2391
>
>By */s/ Coree E. Neumeyer*
>    Coree E. Neumeyer
>    Andrew Y. Schiefer
>
>*Attorneys for Defendant TPI Composites, Inc.*
>
>SPENCER FANE LLP
>2415 East Camelback Road, Suite 600
>Phoenix, AZ 85016
>
>By: *s/ Eric D. Gere (w/permission)*
>    Eric D. Gere
>    Jessica A. Gale
>    Dina G. Aouad
>
>*Attorneys for Plaintiff Kümpers Composites GmbH & Co.KG*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, a true copy of the foregoing document was filed with the ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

>Eric D. Gere
>egere@spencerfane.com
>Dina G. Aouad
>daouad@spencerfane.com
>Jessica Gale
>jgale@spencerfane.com
>
>*/s/ Pam Worth*

QB\157755.00013\95251353.1