Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone 602.229.5200

Coree E. Neumeyer (Bar #025787)
coree.neumeyer@quarles.com
Andrew Y. Schiefer (Bar #0039947)
andrew.schiefer@quarles.com

*Attorneys for Defendant TPI Composites, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kümpers Composites GmbH & Co.KG, a foreign entity,<br><br>Plaintiff,<br><br>v.<br><br>TPI Composites, Inc., a Delaware corporation,<br><br>Defendant. | No. 2:23-cv-00214-SMB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Kümpers Composites GmbH & Co.KG and Defendant TPI Composites, Inc., through their undersigned counsel, hereby stipulate to the dismissal of all claims in this action in their entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

A form of Order is attached hereto for the Court's convenience.

DATED this 5th day of May, 2025.

1

QB\157755.00013\96149814.1

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue, Suite 600
Phoenix, AZ  85004-2391

By */s/ Coree E. Neumeyer*
    Coree E. Neumeyer
    Andrew Y. Schiefer

*Attorneys for Defendant TPI Composites, Inc.*


SPENCER FANE LLP
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016

By: *s/ Eric D. Gere (w/permission)*
    Eric D. Gere
    Jessica A. Gale
    Dina G. Aouad

*Attorneys for Plaintiff Kümpers Composites GmbH & Co.KG*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 5, 2025, a true copy of the foregoing document was filed with the ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

Eric D. Gere
egere@spencerfane.com
Dina G. Aouad
daouad@spencerfane.com
Jessica Gale
jgale@spencerfane.com

*/s/ Pam Worth*

2

QB\157755.00013\96149814.1