# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kumpers Composites GmbH & CoKG, | No. CV-23-00214-PHX-SMB |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| TPI Composites Incorporated, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 116) and good cause appearing,

**IT IS ORDERED** that all claims in the above-captioned matter are hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 6th day of May, 2025.

*[signature]*
Honorable Susan M. Brnovich
United States District Judge